PROB 12B
(7/93)

Report Date: September 19, 2013

# United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 24 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Freddie L Franklin          Case Number: 2:06CR00104-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 1/15/2009          Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm,          Date Supervision Commenced: 7/19/2013
18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 84 Months          Date Supervision Expires: 7/18/2016
                   TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

23    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Freddie Franklin commenced supervision in the Eastern District of Washington on July 19, 2013. He is currently homeless and considered indigent since his release from custody.

It is now necessary for the offender to participate in a Residential Reentry Center (RRC) program for up to 180 days. Unfortunately, he has been unable to establish a stable residence, to date. The undersigned officer is of the opinion that by allowing Mr. Franklin to participate at the RRC for the designated period of time, he will address his housing and other basic needs. Hopefully, the offender will focus on developing a release plan appropriate for transitional purposes.

I have maintained daily contact with Mr. Franklin since his release and he is considered compliant. Mr. Franklin is in the process of applying for social security benefits given his mental health deficiencies, and he is attempting to secure housing via the SNAP program, in Spokane County, Washington. Freddie Franklin agrees that participation in the RRC is necessary to develop a suitable release plan. If the Court concurs with the request for modification, the undersigned officer will facilitate placement at once.

Case 2:06-cr-00104-EFS   Document 218   Filed 09/24/13

Prob 12B
Re: Franklin, Freddie L
September 19, 2013
Page 2

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted. It is also recommended that Mr. Franklin be allowed to transition immediately from the RRC to his residence, once secured.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/19/2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*signature*

Signature of Judicial Officer

9/23/13

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

24    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _Tommy Rosser_  
U.S. Probation Officer

Signed: _Freddie Franklin_  
Freddie L Franklin  
Probationer or Supervised Releasee

9-16-13  
Date