PROB 12C
(7/93)

Report Date: April 17, 2014

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 18 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Freddie L. Franklin                Case Number: 2:06CR00104-EFS-1

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 15, 2009

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 84 months               Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Jared C. Kimball                 Date Supervision Commenced: July 19, 2013

Defense Attorney:        Federal Defender's Office        Date Supervision Expires: July 18, 2016

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Freddie Franklin allegedly violated his supervised release in Spokane, Washington, on or about March 22, 2014, by perpetrating an assault against his girlfriend.

According to Spokane Valley Police Department incident report number 14-087585, the offender allegedly assaulted his girlfriend by pushing her to the ground while outside of an establishment, whose primary item of sale is alcohol.  On April 4, 2014, the undersigned officer met with the offender and his girlfriend, Krystal Ware, in the U.S. Probation Office. At that time, both denied that an assault against Ms. Ware had occurred as reflected in the above-referenced incident report.  Criminal records information does not reflect any law enforcement contact with the offender or an arrest relative to this matter, to date.

2 - 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Freddie Franklin violated the conditions of his supervised release in Spokane, Washington, by being cited for operating a vehicle without a valid license and/or driving while licence suspended, on four separate occasions, October 31 and November 13, 2013, and February 5 and April 1, 2014.

After each instance of law enforcement contact for the above-referenced traffic matters, the offender was verbally reprimanded and warned against continued noncompliance. Currently, it appears that all of the listed criminal traffic charges and infractions, with the exception of the February 5, 2014 matter, have been addressed by the respective courts.

6 - 7    **Special Condition # 20**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Special Condition # 21**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

**Supporting Evidence**: Freddie Franklin violated the conditions of his supervised release in Spokane, Washington, on or about March 22, 2014, by consuming alcohol while at Rockin' Goodtymes Bar.

On April 4, 2014, the offender self-disclosed that he entered an establishment where the primary item of sale is alcohol on the noted date. In addition, he admitted to consuming alcohol while at the establishment. The offender signed an admission of use form indicating he consumed alcohol on the above-noted date.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/17/2014

Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

April 17, 2014
Date