PROB 12C
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: July 25, 2014

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 25 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Freddie L. Franklin        Case Number: 2:06CR00104-EFS-1

Address of Offender: █████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 15, 2009

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison - 84 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Jared C. Kimball              Date Supervision Commenced: May 19, 2014

Defense Attorney:        Federal Defender's Office     Date Supervision Expires: July 18, 2016

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Freddie Franklin violated the conditions of his supervised release in Spokane, Washington, by being arrested for reckless driving, and hit and run property damage, on July 24, 2014, in Spokane County. |

Prob12C
Re: Franklin, Freddie L
July 25, 2014
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/25/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Edward T. Shea

Signature of Judicial Officer

July 25, 2014
Date