PROB 12C
(7/93)

Report Date: September 15, 2014

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Freddie L Franklin                                    Case Number: 2:06CR00104-EFS-1

Address of Offender: ███████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: January 15, 2009

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Jared C. Kimball | Date Supervision Commenced: May 19, 2014 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 18, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Freddie Franklin was arrested in Spokane County on September 12, 2014, for the charge of fourth degree assault (DV). Incident report # 14-308398, filed in the Spokane County Sheriffs Office, indicates law enforcement responded to Mr. Franklin's residence on September 12, 2014, after receiving an anonymous call that a female from his apartment had been heard screaming that she had been hit in the eye. Upon arrival, Mr. Franklin was contacted and admitted that his girlfriend was inside the residence. He refused to allow officers to see his girlfriend to verify her safety. Officers entered the residence to complete a welfare check. Mr. Franklin's girlfriend, Krystal Ware, was located in a back bedroom, crying and holding her face. Law enforcement observed that her right eye was swollen, and she had a cut on her eye. She advised that her and Mr. Franklin had been dating for about a year, and admitted that they had an argument, but denied that he had assaulted her. Based on the information from the anonymous complaint, and observed physical evidence, Mr. Franklin was arrested for domestic violence assault. |

Prob12C
**Re: Franklin, Freddie L**
**September 15, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/15/2014

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

September 15, 2014
Date